IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-300-BO

MICHAEL KOLMAN,
    Plaintiff,

V.

GENERAL MOTORS FINANCIAL COMPANY, INC. (d/b/a GM Financial) and TRANS UNION LLC,

    Defendants.

O R D E R

This matter is before the Court on the parties' joint status report following arbitration. [DE 31]. In December 2018, the Court stayed the case pending arbitration of plaintiff's claims against defendant General Motors Financial Company, Inc. [DE 29]. The parties have notified the Court that the arbitration was resolved through a confidential settlement and that only plaintiff's claims against defendant Trans Union LLC ("Trans Union") remain.

The parties have requested that the Court lift the stay and enter a new Order for Discovery Plan to permit plaintiff's claims against Trans Union to proceed. For good cause shown, the stay in this matter is hereby LIFTED and the Clerk is DIRECTED to return this matter to the Court's active docket. The Clerk is further DIRECTED to enter a new Order for Discovery Plan.

SO ORDERED, this 19 day of July, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE